**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PROPERTY-OWNERS INSURANCE COMPANY, | ) | CAUSE NO. 1:18-cv-00304-RLY-DLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP., | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST, WAL-MART STORES EAST, INC. and | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties having so stipulated, the above-captioned cause of action is hereby

ORDERED dismissed, with prejudice, costs paid.

Dated:    9/05/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

Stephen C. Wheeler
SMITH FISHER MAAS HOWARD & LLOYD, P.C.
Email:  swheeler@smithfisher.com

Thomas L. Davis
FROST BROWN TODD LLC
Email:  tdavis@fbtlaw.com